IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **VS.** | *   CR. NO. 05-00114-CG |
| **RANDY BERNARD DIEHL,** | * |
| **Defendant.** | * |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc the judgment which was entered in the above styled case on October 22, 2008, to read as follows:

USM NUMBER: 12427-040

**DONE AND ORDERED** this 29th day of October, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE